IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEMETRIUS RAMON AKKARD                                                    PLAINTIFF

v.                                    CASE NO.  4:07-4078

DOLLIE ANN-MARIE SIMMONS
and
SGT.  JASON McDONALD                                                      DEFENDANTS

## JUDGMENT

This action came to trial before the Court.  The issues have been tried and a decision has been rendered.   For the reasons stated in the memorandum opinion of this date, the Court finds that the Plaintiff recover nothing and that the Complaint (Doc. 1) should be and hereby is **DISMISSED** with prejudice.

**IT IS SO ORDERED** this **8th  day of April 2009.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S.  MAGISTRATE JUDGE